**Opinion issued September 16, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-25-00721-CV**

———————————

**IN RE SAVANNA FAZZOLARI, Relator**

---

**Original Proceeding on Petition for Writ of Habeas Corpus**

---

**MEMORANDUM OPINION**

Relator Savanna Fazzolari filed a petition for writ of habeas corpus for the return of her child whom she claims is being wrongfully held by a non-parent and under a void custody order.[1]

---

[1]  The underlying case is *In the Interest of [name redacted], Minor Child(ren)*, cause number 17-DCV-246072, pending in the 505th District Court of Fort Bend County, Texas, the Honorable Kali Morgan presiding.

We dismiss the petition for lack of jurisdiction.  *See* TEX. GOV'T CODE § 22.221(d).  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Guiney, and Johnson.